USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 10/8/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BYRON A. TORRES,

Plaintiff,

-against-

DAVID HUGHES MCELROY,

Defendant.

26-CV-3003 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Pursuant to the Court's order on June 16, 2026, the parties' deadline to submit a joint status letter was October 7, 2026, in advance of the upcoming status conference on October 14, 2026. *See* Dkt. 16 ¶ 7. The Court has not received the parties' letter.

The parties must submit their joint status letter no later than **October 13, 2026**. In that letter, the parties must update the Court as to the status of mediation and the progress of fact discovery, which is scheduled to close on October 30, 2026.

Dated: New York, New York
October 8, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**