USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 10/14/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BYRON A. TORRES,

Plaintiff,

-against-

DAVID HUGHES MCELROY,

Defendant.

26-CV-3003 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed at today's status conference, the discovery schedule (Dkt. 16) is EXTENDED as follows:

1. All remaining fact discovery, including depositions, must be completed no later than **December 1, 2026**.

2. Disclosure of expert evidence, including the identities and written reports of experts, as required by Fed. R. Civ. P. 26(a)(2)(A), (B), or (C), must be made no later than **December 23, 2026**. The disclosure of expert evidence intended solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party must be made no later than **January 22, 2027**. Depositions of experts must be completed no later than **February 26, 2027**, which is also the deadline for the close of all discovery.

All other provisions of the Court's June 16, 2026 order remain in effect. Thus, for example, summary judgment motions, if any (or, pre-motion conference letters with respect to summary judgment) remain due no later than **30 days after the close of discovery**.

Dated: New York, New York
October 14, 2026

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**